# Exhibit 20

EXCERPT FROM THE MINUTES OF THE MEETING
OF THE COMPENSATION COMMITTEE OF
LIBERTY MUTUAL HOLDING COMPANY INC.
February 9, 2016

\* \* \*

VOTED    That the Vice President, Talent and Enterprise Services, Manager - Compensation is delegated authority to make initial benefit eligibility determinations on behalf of the Committee with respect to any claim under the Liberty Mutual Group Inc. 2012 Executive Partnership Plan and Liberty Mutual Group Inc. Executive Partnership Deferred Compensation Plan (the "Plans"); and that the Executive Vice President and Chief Talent and Enterprise Services Officer is delegated authority to review appeals of denied claims on behalf of the Committee under the Plans.

\* . .

CERTIFIED:    _____
             Assistant Secretary



COHEN000804